IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**OMAR GARCIA NUNEZ [1],**
Defendant.

**Crim. No.:  19-723 (FAB)**

## MOTION IN COMPLIANCE WITH COURT ORDER

**TO THE HONORABLE COURT:**

**COMES NOW,** Omar Garcia Nunez represented by the Federal Public Defender for the District of Puerto Rico and very respectfully states and prays:

On June 22, 2020, the Court entered an Order requesting defendant to inform if he consented to be sentenced via the Court's video teleconferencing system. Dkt. # 44.

Today, undersigned had a videoconference with Mr. Garcia and explained the availability of the Court's video teleconferencing (VTC) system for hearings.

Mr. Garcia expressed that he would prefer to be physically present in the courtroom for his sentencing hearing and did not consent to have his hearing held via the Court's VTC system.

**WHEREFORE,** Omar Garcia Nunez respectfully requests the Court take notice of the above and set a Sentencing Hearing date for a day the Court is open and safe for all parties to attend personally without being in risk of contagion of COVID-19.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on July 22, 2020.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, through the CM/ECF Electronic Filing System, which will send notification of this filing to all parties of record.

**Eric A. Vos, Esq.**
**Federal Public Defender**
**District of Puerto Rico**

**/s/ Javier A. Cuyar Olivo**
Javier A. Cuyar Olivo
Research & Writing Specialist
USDC-DPR: 225711
Federal Public Defender
241 F.D. Roosevelt Ave
San Juan, PR 00918
Tel 787-281-2922
Fax 787-281-4899
Email: javier_cuyar@fd.org

**/s/ Victor M. Chico Luna**
Victor M. Chico-Luna, Esq.
Research & Writing Specialist
USDC-DPR # 228013
Federal Public Defender
District of Puerto Rico
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
Tel.:   787-281-4922
Fax:   787-281-4899
Email: victor_chico@fd.org